# Court of Appeals
# of the State of Georgia

ATLANTA,   September 22, 2016

*The Court of Appeals hereby passes the following order:*

## A17A0150. BOWDEN, et al. v. WANGAI.

The appeal of the above-referenced case was docketed on August 19, 2016, and the appellant was notified that his enumerations of error and brief were due within 20 days of docketing (*i.e.,* by September 8, 2016). As of September 9, 2016, appellant had failed to file his enumerations of error and brief and had not moved for an extension of time in which to file. Accordingly, this Court directed appellant to file his enumerations of error and brief within 10 days and notified appellant that the failure to do so would result in the dismissal of the appeal. *See Lambros v. Longiotti,* 189 Ga. App. 837 (378 SE2d 416) (1989). The 10 days have now passed, and appellant has failed to file a brief as ordered by this Court. Thus, this appeal is ***DISMISSED***.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   09/22/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*